Paris Loan Company, appellee, v. E. E. Jones, executor of the estate of Eda May Shopp, deceased, appellant. Gen. No. 8,217.

Opinion filed July 2, 1928.
Fred Rhoads, for appellant. Harvey Gross, for appellee.
Mr. Justice Shurtleff delivered the opinion of the court.

The People of the State of Illinois for use of George W. Stubblefield, appellant, v. Albert Wochner et al., appellees. Gen. No. 8,224.

Opinion filed July 2, 1928.
Charles M. Peirce, for appellant. John M. Sullivan and Morrissey & Morrissey, for appellees.
Mr. Justice Shurtleff delivered the opinion of the court.

## FOURTH DISTRICT.

C. S. Smith, appellee, v. Illinois State Trust Company, appellant.

Opinion filed January 20, 1928.
Kramer, Kramer & Campbell, for appellant. Clyde D. Miller, for appellee.
Mr. Presiding Justice Barry delivered the opinion of the court.